George P. Blackburn, State's Atty., Austin, for the State.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

## TATE v. STATE.

### No. 25474.

Court of Criminal Appeals of Texas.

Nov. 14, 1951.

## HULAN v. STATE.

### No. 25464.

Court of Criminal Appeals of Texas.

Nov. 14, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving a motor vehicle on a public highway while intoxicated, with the penalty assessed at a fine of $100.

The record brought forward contains no statement of facts or bill of exception. The proceedings appear regular in every respect and nothing is presented for our consideration.

The judgment of the trial court is affirmed.